UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| EXTEX PRODUCTION, INC., *et al.* | * | |
| | * | |
| VERSUS | * | CIVIL ACTION NO. |
| | * | 3:07-cv-00760-JJB-DLD |
| OKLAHOMA SURETY COMPANY, *et al.* | * | |
| | * | |
| and | * | |
| | * | |
| EXTEX PRODUCTION, INC., *et al.* | * | |
| | * | |
| VERSUS | * | |
| | * | CIVIL ACTION NO. |
| OKLAHOMA SURETY COMPANY, *et al.* | * | 3:08-cv-00072-JJB-DLD |

### ORDER OF DISMISSAL WITHOUT PREJUDICE OF OKLAHOMA SURETY COMPANY

THE COURT, having considered the foregoing Motion to Dismiss Oklahoma Surety Company without Prejudice, and the reasons advanced for the granting of the motion, as well as the agreement of the parties regarding same, hereby GRANTS the Motion as prayed for.

IT IS THEREFORE ORDERED that the claims of Plaintiffs against Oklahoma Surety Company are dismissed without prejudice, each party to bear its own costs, and preserving the rights of Extex Production, Inc. and Extex Operating Company to reinstitute this litigation or similar litigation in this Court as against Oklahoma Surety Company and any other parties at the conclusion of the underlying litigation, or if the defense should be withdrawn in the future.

Baton Rouge, Louisiana, this 12th day of December, 2008.

JUDGE, U.S. DISTRICT COURT

3152513.1